THE LAKE ERIE, WABASH, AND ST. LOUIS RAILROAD COM-
PANY *v.* LOVELAND.

APPEAL from the *Huntington* Circuit Court.

*Monday,
June 4.*

*Per Curiam.*—This case appears, from the record, to have been tried in *August*, 1857. The questions we are asked to consider are all attempted to be raised by bills of exceptions filed in *December*, 1857. There is no order of Court appearing in the record giving either party time, beyond the term, to prepare such bills, nor leave to file the same at the time they were filed. There is no question before us in such form as to enable us to pass upon it. 2 R. S. p. 115.—*Simonton* v. *The Huntington, &c., Co.*, 12 Ind. R. 380.

The judgment is affirmed with 5 per cent. damages and costs.

*N. O. Ross* and *W. Z. Stuart*, for the appellants.
*J. Brownlee*, for the appellee.

---

THE STATE *v.* ELY.

APPEAL from the *Blackford* Circuit Court.

*Monday,
June 4.*

*Per Curiam.*—This appeal was brought here by the prosecuting attorney, on a question attempted to be re-served by the state, under the statute 2 R. S. p. 377.

The point presented is upon the ruling of the Court, in reference to charges given and refused. No part of the evidence is in the record. The point of law attempted to be raised is not, therefore, properly reserved for our consideration. This is conceded. *The State* v. *Bartlett*, 9 Ind. R. 570.

The appeal is dismissed.

*D. Nation*, for the state.